IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARY REDNOUR,

    Petitioner,

v.

WARDEN, LONDON
CORRECTIONAL INSTITUTION,

    Respondent.

:
:
:
:
:

Case No. 3:14-cv-273

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3), AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #7); OVERRULING PETITIONER'S OBJECTIONS THERETO (DOCS. ##5 AND 10, AS SUPPLEMENTED BY UNDATED LETTER, DOC. #11); DISMISSING PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS (DOC. #1) WITH PREJUDICE; DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO PROCEED *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

On August 18, 2014, United States Magistrate Judge Michael R. Merz issued a Report and Recommendations, Doc. #3, recommending that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, Doc. #1, be dismissed with prejudice, and that Petitioner be denied a certificate of appealability. Petitioner filed Objections to the Report and Recommendations, Doc. #5, and the Court recommitted the matter to Magistrate Judge Merz, Doc. #6.

On November 10, 2014, Magistrate Judge Merz issued a Supplemental Report and Recommendations, Doc. #7, again recommending that the Petition be

dismissed with prejudice. Petitioner filed Objections, Doc. #10, which he supplemented with an undated letter received by the Court on January 20, 2015, Doc. #11.

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael Merz, in his August 18, 2014, Report and Recommendations, and his November 10, 2014, Supplemental Report and Recommendations, as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filings, Docs. ##3 and 7, in their entirety.

The Court OVERRULES Petitioner's Objections thereto, Docs. ##5 and 10, as supplemented by the undated letter, Doc. #11, as meritless.

The Petition for a Writ of Habeas Corpus, Doc. #1, is DISMISSED WITH PREJUDICE.

Given that Petitioner has not made a substantial showing of the denial of a constitutional right and, further, that the Court's decision herein would not be debatable among reasonable jurists, and because any appeal from this Court's decision would be objectively frivolous, Petitioner is denied a certificate of appealability, and is denied leave to appeal *in forma pauperis*.

Judgment will be entered in favor of Respondent and against Petitioner.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: February 9, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE